UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

LA'BRIAN WILLIS                                                                                               PETITIONER

V.                                                                     CIVIL ACTION NO. 3:25-CV-257-DPJ-ASH

WARD CALHOUN                                                                                              RESPONDENT

ORDER

Pro se Petitioner La'Brian Willis filed this 28 U.S.C. § 2241 petition challenging his pretrial detention in the Lauderdale County Detention Facility in Meridian, Mississippi. Willis took issue with "the state court denying him bond on his unindicted charge for possession of a stolen firearm." R&R [11] at 1 (citing Pet. [1] at 8; Resp. [6] at 1). Respondent moved to dismiss, arguing that Willis's petition is moot because the district attorney closed the firearm case after a grand jury returned a "no true bill" on the charge. R&R [11] at 1; *see* Suppl. [10] at 3.[1]

On January 6, 2026, United States Magistrate Judge Andrew S. Harris entered a Report and Recommendation. Judge Harris agreed that the petition is moot and recommended granting the motion to dismiss. R&R [11] at 3-5. Willis did not file an objection, and the time to do so has passed. *See id.* at 5 (advising Willis that he had 14 days to file an objection).

The Court finds the well-reasoned, unopposed Report and Recommendation [11] should be adopted as the opinion of the Court. Respondent's motion to dismiss [9] is granted. The petition is dismissed as moot.

A separate judgment will be entered as required by Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED** this the 28th day of January, 2026.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE

---

[1] Willis did not respond in opposition to the motion to dismiss [9] or the supplement to that motion [10].